

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00527-CV

**IN THE INTEREST OF Y.L.C.**, a Child

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 10028
Honorable Hugo Martinez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

Delivered and Filed:  September 21, 2016

DISMISSED FOR LACK OF JURISDICTION

On August 18, 2016, the Office of the Attorney General filed a notice of appeal from the trial court's "Order Terminating Order of Income Withholding" signed on May 16, 2016.  On August 30, 2016, the Office of the Attorney General filed a motion to dismiss the appeal for lack of jurisdiction, attesting that the trial court granted new trial on August 22, 2016.  Neither appellee Martin Castillo nor interested person Cynthia Guerra have filed a response to the motion to dismiss.

"[W]hen the trial court grants a motion for new trial, the court essentially wipes the slate clean and starts over."  *Wilson v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005).  Thus, upon granting the Office of the Attorney General's motion for new trial the trial court's previous final judgment was rendered void, and there is no final judgment over which this court may exercise appellate jurisdiction.  *See In re M.G.N.*, No. 04-11-00246-CV, 2011 WL 3329375,

at *1 (Tex. App.—San Antonio Aug. 3, 2011, no pet.) (mem. op.).  Therefore, the court must dismiss this appeal for want of jurisdiction.  No costs of appeal shall be assessed against the Office of the Attorney General.  *See* TEX. FAM. CODE ANN. §§ 231.202, 231.204 (West 2014).

PER CURIAM